| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| SHERYL K. ITH [SBN 225071]<br>sith@cookseylaw.com<br>COOKSEY, TOOLEN, GAGE, DUFFY & WOOG<br>535 Anton Blvd, 10th Floor<br>Costa Mesa, CA  92626<br>(714) 431-1100;  FAX: (714) 431-1145 | **FILED & ENTERED**<br><br>**OCT 04 2013**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY francisc   DEPUTY CLERK** |
| ☒ *Attorney for Movant(s)*<br>☐ *Movant(s) appearing without an attorney* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – RIVERSIDE DIVISION**

| In re:<br><br>MARIA EUGENIA RIVAS,<br><br><br><br><br><br>Debtor(s). | CASE NO.:  6:13-bk-21895-MH<br><br>CHAPTER: 7<br><br>**ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)**<br><br>DATE: 10/01/2013<br>TIME: 10:00 AM<br>COURTROOM: 303<br>PLACE: 3420 TWELFTH ST., RIVERSIDE, CA 92501-3819 |
|---|---|

Movant:   AMERICREDIT FINANCIAL SERVICES, INC. DBA GM FINANCIAL

1.   The Motion was:       ☐ Opposed       ☒ Unopposed       ☐ Settled by stipulation

2.   The Motion affects the following personal property (Property):

   ☒   Vehicle (*describe year, manufacturer, type and model*): 2011 FORD FUSION

      Vehicle identification number: 3FAHP0GA0BR329464
      Location of vehicle (*if known*): _____

   ☐   Equipment (*describe manufacturer, type, and characteristics*): _____

      Serial number(s):        _____
      Location (*if known*):    _____

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

☐ Other Property (*describe type, identifying information, and location*):


☐ See Exhibit _____ attached to this Order.

3.  The Motion is granted under:      ☒ 11 U.S.C. § 362 (d)(1)      ☒ 11 U.S.C. § 362(d)(2)

4.  As to the Movant, its successors, transferees and assigns, the stay of 11 U.S.C. § 362(a) is:
    a.  ☒ Terminated as to Debtor and Debtor's bankruptcy estate.
    b.  ☐ Annulled retroactively to the date of the bankruptcy petition filing.
    c.  ☐ Modified or conditioned as set for the in Exhibit _____ to this Order.

5.  ☒ Movant may enforce its remedies to repossess or otherwise obtain possession and dispose of the Property in accordance with applicable nonbankruptcy law, but may not pursue any deficiency claim against the Debtor or property of the estate except by filing a Proof of Claim pursuant to 11 U.S.C. § 501.

6.  ☐ Movant must not repossess the Property before the following date (*specify*): _____

7.  ☐ The stay remains in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this Order.

8.  ☐ In chapter 13 cases, the trustee must not make any further payments on account of Movant's secured claim after entry of this Order.  The secured portion of Movant's claim is deemed withdrawn upon entry of this Order without prejudice to Movant's right to file an amended unsecured claim for any deficiency.  Absent a stipulation or order to the contrary, Movant must return to the trustee any payments received from the trustee on account of Movant's secured claim after entry of this Order.

9.  This Order is binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of the Bankruptcy Code.

10. This court further orders as follows:
    a.  ☒ The 14-day stay provided by FRBP 4001(a)(3) is waived.
    b.  ☐ The provisions set forth in the Extraordinary Relief Attachment shall also apply (*attach Optional Form F 4001-1O.ER).*
    c.  ☐ See attached continuation page for additional provisions.


###


Date: October 4, 2013

Mark Houle
United States Bankruptcy Judge

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# NOTICE OF ENTERED ORDER AND SERVICE LIST

Notice is given by the court that a judgment or order entitled: **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362 (PERSONAL PROPERTY)** was entered on the date indicated as "Entered" on the first page of this judgment or order and will be served in the manner stated below:

**1.    SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)** Β Pursuant to controlling General Orders and LBRs, the foregoing document was served on the following persons by the court via NEF and hyperlink to the judgment or order. As of September 4, 2013, the following persons are currently on the Electronic Mail Notice List for this bankruptcy case or adversary proceeding to receive NEF transmission at the email addresses stated below.

Lynda T. Bui, Chapter 7 Trustee: trustee.bui@shbllp.com
United States Trustee (RS), US Trustee: ustpregion16.rs.ecf@usdoj.gov
Sheryl K. Ith, Attorney for Movant: sith@cookseylaw.com

☐ Service information continued on attached page

**2.    SERVED BY THE COURT VIA UNITED STATES MAIL:** A copy of this notice and a true copy of this judgment or order was sent by United States mail, first class, postage prepaid, to the following persons and/or entities at the addresses stated below:

**Debtor(s) (Pro Se):**
Maria Eugenia Rivas
18263 Raymond Court
Fontana, CA 92336

☐ Service information continued on attached page

**3.    TO BE SERVED BY THE LODGING PARTY**: Within 72 hours after receipt of a copy of this judgment or order which bears an "Entered" stamp, the party lodging the judgment or order will serve a complete copy bearing an "Entered" stamp by United States mail, overnight mail, facsimile transmission or email and file a proof of service of the entered order on the following persons and/or entities at the addresses, facsimile transmission numbers, and/or email addresses stated below:

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.